**STATE of Missouri,
Plaintiff–Respondent,**

v.

**Sammie MERRITT,
Defendant–Appellant.**

**No. 54772.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1989.

Application to Transfer Denied
May 16, 1989.

Mary C. McWilliams, Asst. Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

PER CURIAM.

Defendant, Sammie Merritt, appeals from his conviction, after a jury trial, of robbery in the second degree. He was sentenced as a prior and persistent offender to imprisonment for twenty years.

No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).